IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Crim. No. 25-CR-460-002** |
| : | |
| **vs.** : | |
| : | |
| **RAMON ROMAN-MONTANEZ** : | |
| : | |

## ORDER

**AND NOW**, on this day of _____, 2025, upon consideration of the defendant's *Motion for Leave to Withdraw as Counsel*, it is hereby **ORDERED** and **DECREED** that counsel's request is **GRANTED**.

BY THE COURT:

_____
HONORABLE CATHERINE HENRY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No.  25-CR-460-002 |
| | : | |
| **vs.** | : | |
| | : | |
| **RAMON ROMAN-MONTANEZ** | : | |
| | : | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DEFENSE COUNSEL**

  TO THE HONORABLE CATHARINE HENRY, JUDGE, UNITED STATES EASTERN DISTRICT OF PENNSYLVANIA:

  COMES NOW attorney Lawrence J. Bozzelli, Esquire, and respectfully requests that this Honorable Court to allow him to withdraw as counsel for Ramon Roman-Montanez and averts as follows:

1) On October 17, 2025, the defendant appeared in Magistrate Court for the above cited case and undersigned counsel was appointed to represent the defendant.

2) On October 30, 2025, attorney Eugene Tinari was privately retained to represent the defendant. [ECF 301]

3) Undersigned counsel can see no prejudice to his client to withdraw and he is complying with the wishes of the defendant.

  WHEREFORE, attorney Lawrence Bozzelli respectfully requests this Honorable Court to enter an Order granting his *Motion for Leave to Withdraw as Counsel* for the reasons outlined above.

1

Respectfully submitted,

LAWRENCE J. BOZZELLI

2